```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A00-0044--CR (JWS)
                    "USA V DEREK HAGGEN"
                   DEF 1.1 HAGGEN, DEREK
```

Including terminated defendants, excluding terminated counsel

```
      Presiding Judge: The Honorable John W. Sedwick, U.S. District Judge
     Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
                Filed: 03/15/00
               Closed: 02/13/01
   No. of Defendants: 1
       MJ Case Number:
                  AKA:
      Location status: Fugitive
           Trial date:
           Terminated: YES
     Needs interpreter: NO
     Counsel of record: Mary C. Geddes
                       Federal Public Defender
                       550 W. 7th Avenue, Suite 1600
                       Anchorage, AK 99501
                       907-646-3400
                       FAX 907-646-3408
                       Serve: YES
                        Type: FPD
                        Role: Other


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: Mark A. Rosenbaum
                   4940 Byrd Lane, Suite 100
                   Anchorage, AK 99502
                   907-243-2400
                   FAX 907-243-2609
                   Serve: YES
                    Type: Not specified
                    Role: Pretrial/Trial


Counts re: DEF 1.1 HAGGEN, DEREK
```

| Document    | Count   | Citation and Description                           | Disposition       |
|-------------|---------|----------------------------------------------------|-------------------|
| 1 -   1 IND | 1       | 18:922(a) FALSE STATEMENT TO ACQUIRE A FIREARM (F) | Sentenced (19-1)  |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CRIMINAL DOCKET ENTRIES FOR CASE A00-0044--CR (JWS)
                      "USA V DEREK HAGGEN"
```

For all filing dates

Presiding Judge: The Honorable John W. Sedwick, U.S. District Judge
Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
         Filed: 03/15/00
        Closed: 02/13/01
No. of Defendants: 1

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 03/15/00 | [Re: DEF 1] PLF 1 Indictment. |
| NOTE - 1 | 03/16/00 | [Re: DEF 1] Issued [secret] WOA. |
| 2 - 1 | 09/16/00 | [Re: DEF 1] JDR Grand Jury Minutes held 03/16/00: indictment secret; WOA issued; no bail. Writs to issue. |
| NOTE - 2 | 09/20/00 | Issued: writ of H/C ad Pros. |
| 3 - 1 | 09/20/00 | [Re: DEF 1] PLF 1 motion (petition) for writ of Habeas Corpus Ad Prosequendum. |
| 4 - 1 | 09/20/00 | [Re: DEF 1] AHB Order granting motion (petition) for writ of Habeas Corpus Ad Prosequendum (3-1). |
| NOTE - 3 | 09/25/00 | [Re: DEF 1] USM Notice of Arrest; defendant arrested 9/22/00. |
| 5 - 1 | 09/26/00 | [Re: DEF 1] Financial Affidavit. |
| 6 - 1 | 09/26/00 | [Re: DEF 1] AHB Order regarding preparation for trial; ptms due 10/16/00. cc: USA, FPD |
| 7 - 1 | 09/26/00 | [Re: DEF 1] AHB Order of Detention Pending Trial. cc: USA, FPD, USM, PO |
| 8 - 1 | 09/26/00 | [Re: DEF 1] AHB Court Minutes [ECR: Bonnie Boyer] of arr on Indt (held 9/25/00); def plead not guilty; FPD appointed; det uncontested; ptms due 10/16/00. |
| NOTE - 4 | 09/27/00 | Issued: Notice of Speedy Trial Act ddlns. |
| 9 - 1 | 10/04/00 | [Re: DEF 1] JWS Minute Order setting trial by jury for 12/04/00 at 9:00 am & FPTC set for 12/4/00 at 8:30am. cc: USA, FPD, USM, PO, JC, MJ Branson |
| 10 - 1 | 10/05/00 | [Re: DEF 1] PLF 1 Stip per discovery conf. |
| 11 - 1 | 11/13/00 | DEF 1 Notice of Intent to change plea. |
| 12 - 1 | 11/21/00 | [Re: DEF 1] JWS Minute Order re TBJ set for 12/4/00 is RESET for a PCOP on 12/4/00 at 8:30; TBJ & FPTC of 12/4/00 is VACATED. cc: USA, FPD, USM, USPO, JC, MJ Branson |
| 13 - 1 | 12/04/00 | [Re: DEF 1] JWS Court Minutes [ECR: Elisa Singleton] PCOP (held 12/4/00) def changed plea to guilty of Ct 1 of Indt; IOS set for 2/13/01 at 8:00 am; def detained pending IOS; TBJ VACATED. cc:USA, FPD, USM, PO, MJ Branson, JC |
| 14 - 1 | 01/03/01 | DEF 1 Notice of lodging w/att exh. |

```
           UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CRIMINAL DOCKET ENTRIES FOR CASE A00-0044--CR (JWS)
                             "USA V DEREK HAGGEN"

                              For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 15 - 1 | 01/29/01 | DEF 1 Notice of lodging w/att w/att exh. |
| 16 - 1 | 02/05/01 | PLF 1 Sentencing Memorandum. |
| 17 - 1 | 02/05/01 | DEF 1 Sentencing Memorandum. |
| 18 - 1 | 02/13/01 | [Re: DEF 1] JWS Court Minutes [ECR: Elisa Singleton] re: IOS held 2/13/01; sent to 36 mo; 3 yr SR; SA of $100 due immediately; def remanded to custody of USM. |
| 19 - 1 | 02/13/01 | [Re: DEF 1] JWS Judgment pleaded guilty to count(s) 1 of the Indictment (1-1); sent 36 mo imprisonment; 3 yrs SR; $100 SA. cc: USA, M. Geddes, USM, PO, Def (by cnsl), MJ Branson, FLU |
| 20 - 1 | 02/22/01 | USM Return of writ of HC ad prosequenum executed on 9/22/00 from Ketchikan C.C. to CIPT. |
| 21 - 1 | 03/16/01 | [Re: DEF 1] Partial Transcript re: IOS held 2/13/01. |
| 22 - 1 | 10/16/03 | [Re: DEF 1] JWS Order and petition for modification of supervised release to include 30 day placement at North Star Center(CCC). cc: USA, FPD, FPO, USM |
| NOTE - 5 | 11/04/03 | [Re: DEF 1] Issued WOA (Original WOA signed by Judge Sedwick on 10/30/03 sent to Fairbanks unissued) |
| 23 - 1 | 11/04/03 | [Re: DEF 1] JWS Order and petition for probation violation revoking supervised release, and directing that WOA be issued, and that the petition and WOA be sealed until arrest. Petition referred to MJ for I/A and preliminary hrgs. cc: Rosenbaum, FPO, USM, Judge Sedwick, MJ Branson |
| NOTE - 6 | 11/06/03 | [Re: DEF 1] USM Notice of Arrest; defendant arrested 11/06/03 in Fairbanks by USMS. |
| 24 - 1 | 11/07/03 | DEF 1 Financial Affidavit. |
| 25 - 1 | 11/07/03 | [Re: DEF 1] JWM Order of Detention. cc: Rosenbaum, Haden, FPO, USM, Judge Sedwick, MJ Branson |
| 26 - 1 | 11/07/03 | [Re: DEF 1] JWM Court Minutes [ECR: Carolyn Bollman] from I/A on petition to revoke probation (held 11/07/03): Fin aff FILED: FPD appointed; crt found probable cause to hod def for revocation hrg; further proceedings in Anch before USDJ or USMJ; Def detained; order of det FILED. cc: USA, FPD, FPO, USM, Judge Sedwick, MJ Branson |
| 27 - 1 | 11/10/03 | DEF 1 motion on shortened time for case to proceed in Fairbanks. |
| 28 - 1 | 11/12/03 | [Re: DEF 1] JWS Minute Order granting mot on shortened time for case to proceed in Fairbanks (27-1); evid/disposition hrg on pet to revoke SR will be held by Judge Beistline and is set 11/14/03 at 11:15 a.m. at Fairbanks. cc: USA, FPD, USM, USPO, MJ Miller, MJ Branson, Judge Beistline, ECR, Divisional Deputy |
| 29 - 1 | 11/12/03 | DEF 1 Unopposed motion on shortened time to continue evidentiary hearing. |

```
                   UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE A00-0044--CR (JWS)
                                    "USA V DEREK HAGGEN"

                                    For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 30 - 1 | 11/12/03 | [Re: DEF 1] RRB Order granting unopposed motion on shortened time to continue evidentiary hearing (29-1). Evidentiary/dispo hearing is continued until 11/26/03 at 1:30 p.m. in Fairbanks, Ak.  cc: M. Rosenbaum, MJ Hayden, USM, USPO |
| 31 - 1 | 11/12/03 | [Re: DEF 1] Return of WOA executed at Fairbanks, AK on 11/7/03. |
| 32 - 1 | 11/19/03 | [Re: DEF 1] PLF 1 motion on shortened time to appear telephonically at disposition hearing. |
| 33 - 1 | 11/19/03 | [Re: DEF 1] RRB Order granting mot on shortened time to appear telephonically at disposition hrg set 11/26/03 at Fairbanks (32-1). cc: USA, FPD |
| 34 - 1 | 11/25/03 | DEF 1 Notice of filing defendant's letter to Judge Beistlne, filed on shortened time. |
| 35 - 1 | 12/01/03 | [Re: DEF 1] RRB Court Minutes [ECR: Carolyn Bollman] from Evidentiary hrg/Disposition hrg held 11/26/03: Defendant admitted to violations 1 - 6. De sentenced to 4 months imprisonment, 2 years supervised release w 120 days in CCC. Court denied defendant's request for a four day release prior to begining of sentence, and denied defendat's request to modify the condition of mental health treatment to prevent release of informatio to the USPO. Def remanded to the USMS. cc: Rosenbaum, Haden, FPO, USM, Judge Sedwick, MJ Branson |
| 36 - 1 | 12/02/03 | [Re: DEF 1] RRB Judgment for revocation of supervised release.  Def admitted allegations 1- 6 of the petition.  Def supervised release revoked.  Imprisonment for a term of 4 months.  Def remanded to the custody of the USM. The term of supervision is extended.  Upon release from imprisonment, the def shall be on SR for a term of 2 years with an added special condition. The standard conditions of supervision and any special conditions of supervision contained in the court's original judgment shall remain in effect. cc: M. Rosenbaum, M. Geddes, USM, USPO, MJ Branson, Judge Sedwick, Def w/cnsl cy |
| 37 - 1 | 03/19/04 | DEF 1 motion to modify defendant's conditions of supervised release. |
| 38 - 1 | 04/05/04 | [Re: DEF 1] JWS Minute Order that plf file response to def's mot to modify conditions of rls by 4/23/04; def's reply due 4/30/04. cc: USA, FPD |
| 39 - 1 | 05/04/04 | [Re: DEF 1] JWS Minute Order that plf file response to mot at dkt 37 by 5/17/04 and def file reply by 5/24/04. cc: USA, FPD, USPO |
| 40 - 1 | 05/05/04 | [Re: DEF 1] PLF 1 opposition to DEF 1 motion to modify defendant's conditions of supervised release (37-1). |
| 41 - 1 | 06/09/04 | [Re: DEF 1] JWS Minute Order denying mot to modify def's conds of SR (37-1). cc: USA, FPD, USPO |
| NOTE - 7 | 09/13/04 | {SEALED} [Re: DEF 1] Issued WOA |
| 42 - 1 | 09/20/04 | {SEALED} [Re: DEF 1] RRB Order and petition for probation violation granting request for WOA, w declaration in support. cc: USA, FPO, USM w woa |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
     CRIMINAL DOCKET ENTRIES FOR CASE A00-0044--CR (JWS)
                    "USA V DEREK HAGGEN"

                      For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 43 - 1 | 05/25/05 | [Re: DEF 1] JDR Minute Order in light of retirement of MJ Branson & at the direction of the Chief Judge, the MJ referral is reassigned to MJ Roberts. cc: USA, FPD, Judge Sedwick |