

United States Department of Justice
United States Marshals Service
District of Alaska

Federal Building and U.S. Courthouse
101-12th. Ave. #336
Fairbanks, Alaska 99701

To: U.S. District Court
U.S. Attorney
U.S. Probation
Federal Public Defender

From: Randy M. Johnson
United States Marshal
District of Alaska

Reference: **Prisoner in Federal Custody**

| | |
|---|---|
| NAME: | Derek Haggen |
| DATE OF BIRTH: | 11/02/1967 |
| CHARGE: | Supervised release violations |
| CASE NUMBER: | A00-0044-CR (JWS) |
| PLACE HELD: | Kansas City MO. |
| DATE OF ARREST: | 05/13/2006 |
| TIME OF ARREST: | UNK. |
| PLACE ARRESTED: | W/MO |
| ARRESTED BY: | MO. State Troopers |
| REMARKS: | I.A. to be held in Kansas City MO. On 5/15/2006. |
| BOOKED IN ENGLISH: | YES _x_    No _____ |
| Language: | |

**Please call Holland Sands or Don Bennett at (907)-456-0246
in regards to this notice of arrest. Thank you.**