IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> v.<br><br>DEREK HAGGEN,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

W.D. Mo. Case No.
06-0072REL-01

D. Alaska Case No.
3:00-cr-00044-JWS-JDR

## *ORDER*

On May 19, 2006, defendant appeared in person and with his counsel,

Assistant Federal Public Defender Ronna Holloman-Hughes, and knowingly and

voluntarily waived his removal hearing.  Therefore, it is

ORDERED that the United States Marshal forthwith transport defendant  to

the District of Alaska, Fairbanks, for further proceedings in connection with this case.


         */s/ Robert E. Larsen*
         ROBERT E. LARSEN
         United States Magistrate Judge

Kansas City, Missouri
May 19, 2006


*ECF*
*DOCUMENT*

I hereby attest and certify this is a printed copy of a
document which was electronically filed with the United States
District Court for the Western District of Missouri.

Date Filed:_____ 5-19-06_____

P.L. BRUNE, CLERK

By:_____. Deputy Clerk