

United States Department of Justice
**United States Marshals Service**
*District of Alaska*

Federal Building and U.S. Courthouse
222 West 7th Avenue #28, Room 170
Anchorage, Alaska  99513-7568

Date:

To: U.S. District Court
U.S. Attorney
U.S. Probation
Federal Public Defender

From: Randy M. Johnson
United States Marshal
District of Alaska

Reference:  \*\*\*NOTICE OF AVAILABILITY\*\*\*

| | |
|---|---|
| NAME: | HAGGEN, DEREK STEPHEN |
| DATE OF BIRTH: | 11/02/1967 |
| CASE NUMBER: | 3:00-CR-0044-JWS |
| PLACE HELD: | ACC-EAST |
| REMARKS: | Subject is in district and can be made available once court has been set. |

**If necessary, please call Stacy Melton at (907) 271-5161
in regards to this notice.  Thank you.**