Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant


UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 3:00-cr-0044-JWS |
| Plaintiff, | |
| vs. | **ENTRY OF APPEARANCE** |
| DEREK STEPHEN HAGGEN, | |
| Defendant. | |

Rich Curtner, Federal Public Defender for the District of Alaska, hereby enters his appearance as counsel for the Defendant DEREK STEPHEN HAGGEN in the above-captioned action.


DATED at Anchorage, Alaska this 20th day of June 2006.

Respectfully submitted,


s/Rich Curtner
Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:     907-646-3400
Fax:        907-646-3480
E-Mail:    rich_curtner@fd.org

Certification:
I certify that on June 20, 2006,
a copy of the **Entry of Appearance**
was served electronically on:

Tom Bradley
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567


and a copy was mailed to:


Toni Ostanik
Probation Officer
U.S. Probation & Pretrial Services
101 12th Avenue, Box 3
Fairbanks, AK 99701


s/Rich Curtner