MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs        DEREK HAGGEN        CASE NO.  3:00-CR-00044-JWS
Defendant: X Present    X In Custody

BEFORE THE HONORABLE         JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:        CAROLINE EDMISTON

UNITED STATES ATTORNEY:        LARRY CARD

DEFENDANT'S ATTORNEY:         RICH CURTNER, APPOINTED

U.S.P.O.:                     ERIC ODEGARD for TONI OSTANIK

PROCEEDINGS: INITIAL APPEARANCE ON PETITION TO REVOKE SUPERVISED
             RELEASE Held 06/20/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 1:34 p.m. court convened.

 X Copy of Petition to Revoke Supervised Release given to
defendant: read.

 X Defendant sworn.

 X Defendant advised of general rights, charges and penalties.

 X Defendant states true name:   Same as above.

 X Financial Affidavit **FILED**; Federal Public Defender accepted
appointment.  FPD notified.

 X PLEA: Defendant DENIED Allegations 1, 2, 3, 4, 5, & 6 of the
Petition to Revoke Supervised Release.

 X Consent to Proceed before U.S. Magistrate Judge **FILED.**

 X Evidentiary Hearing set for   **June 28, 2006 at 2:00 p.m.**

 X Defendant detained; Order of Detention Pending Trial **FILED**.

At 1:47 p.m. court adjourned.


DATE:     June 20, 2006        DEPUTY CLERK'S INITIALS:    Ce