## MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA   v.   DEREK HAGGEN

THE HONORABLE JOHN W. SEDWICK        CASE NO.   3:00-cr-00044-JWS

Deputy Clerk                          Official Recorder

Pam Richter

APPEARANCES:    for PLAINTIFF:   ----

                for DEFENDANT:   ----

PROCEEDINGS:    **ORDER FROM CHAMBERS**

The disposition hearing on the petition to revoke supervised release is hereby scheduled to commence Tuesday, July 18, 2006, at 10:30 a.m. before the Honorable John W. Sedwick.

DATE: July 17, 2006

ENTERED AT JUDGE'S DIRECTION
INITIALS:  prr
Deputy Clerk

[FORMS*IA*]