UNITED STATES DISTRICT COURT
District of Alaska

UNITED STATES OF AMERICA,

vs.

DEREK HAGGEN

**AMENDED JUDGMENT IN A CRIMINAL CASE**
(For Revocation of Probation or Supervised Release)
For Offenses Committed On or After November 1, 1987
(Original Judgment filed 02-13-01 )
Case Number: 3:00-cr-00044-JWS
Richard Curtner
           Defendant's Attorney

Defendant's probation officer filed a petition on 09-20-2004 accusing defendant of 6 violations of the conditions of supervision provided in the original judgment. Defendant admitted allegations 1-6 . All necessary hearings have been conducted. The court finds that the following violations are proved:

| Accusation # | Condition # | Nature of Violation | Date | Grade |
|---|---|---|---|---|
| 1 | Special | Submit to drug testing | 08/17/04 | C |
| 2 | Special | Mental Health treatment | 08/23/04 | C |
| 3 | Standard | Change in employment | 08/13/04 | C |
| 4 | Mandatory | Possess controlled substance | 08/20/04 | C |
| 5 | Standard | Change in residence | 08/26/04 | C |
| 6 | Standard | Report as directed | 09/05/04 | C |

The court finds that the following accusations are not proved: _____.
The court concludes that the conditions of supervision set forth in the court's original judgment are subject to  [_] modification or [X] revocation pursuant to 18 U.S.C. § 3583(e); and defendant is now sentenced as provided in pages 2 through  2  of this amended judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, as amended.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

July 18, 2006
Date of Disposition Hearing

**REDACTED SIGNATURE**

Signature of Judicial Officer
JOHN W. SEDWICK, U.S. DISTRICT JUDGE
Name & Title of Judicial Officer

7-20-06
Date

AO245.REV

Defendant: DEREK HAGGEN                    Amended Judgment--Page 2 of 2
Case No.: 3:00-cr-00044-JWS

## IMPRISONMENT ON REVOCATION OF SUPERVISED RELEASE/PROBATION

Defendant's supervised release [X]   probation [_]   having been revoked, the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 13 months            .
   No term of supervision to follow.

[X]  The court makes the following recommendations to the Bureau of Prisons: That the defendant be placed at Springfield, Missouri.

[X]  The defendant is remanded to the custody of the United States Marshal.
[_]  The defendant shall surrender to the United States Marshal for this district,
                          a.m.
     [_]  at _____ p.m. on _____.
[_]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons,
     [_]  before 2 p.m. on _____.
     [_]  as notified by the United States Marshal.
     [_]  as notified by the probation office.

### RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____ at
_____, with a certified copy of this judgment.

                                  _____
                                         United States Marshal

                                  By _____
                                            Deputy Marshal

AO245.REV